IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLAUDIA RODRIGUEZ PERERA, § § *Petitioner*, § § VS. § PAMELA BONDI, United States Attorney § General; KRISTI NOEM, Secretary of the § United States Department of Homeland Security; § TODD M. LYONS, Director of United States § Immigration and Customs Enforcement; § SYLVESTER ORTEGA, Field Office Director § for Detention and Removal, U.S. Immigration § and Customs Enforcement; and ROSE § THOMPSON, Warden, Karnes County § Immigration Processing Center, § § *Respondents*. § | CIVIL ACTION NO. SA-26-CV-051-FB |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Complaint for Declaratory and Injunctive Relief, Petition for Writ of Habeas Corpus (docket #1) filed by Claudia Rodriguez Perera, who is currently in detention in the Karnes County Immigration Processing Center located in Karnes City, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (docket no. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on Respondents: Pamela Bondi, United States Attorney General; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement; and Sylvester Ortega, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States

Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Rose Thompson, Karnes County Immigration Processing Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Petition for Writ of Habeas Corpus (docket #1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, Respondents must consider prior court orders issued in the San Antonio Division of the Western District of Texas in cases such as: *Vega-Vega v. Bondi,* No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025), if the case concerns, in whole or in part, the applicability of 8 U.S.C. § 1225 or § 1226 to the petitioner, and identify any material factual differences between facts in this case and the facts presented in those cases. Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Claudia Rodriguez Perera is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Petitioner Claudia Rodriguez Perera outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 7th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE